# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1259
Lower Tribunal No. 2022-CA-000831

_____

CARLENE OLAOSEBIKAN,

Appellant,

v.

SOLARIS HEALTHCARE OSCEOLA, LLC,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and GANNAM, JJ., concur.

Jerry Girley, of The Girley Law Firm, PA, Orlando, for Appellant.

Jennifer M. Fowler, of Williams Parker Harrison Dietz & Getzen, Sarasota, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED